IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CASE NO.: 4:23-cr-8-GHD-JMV-1

MARCUS D. BROWN     DEFENDANT

## ORDER OF REVOCATION AND DETENTION

This matter is before the court on the Amended Petition on Action on Conditions of Pretrial Release filed by U.S. Probation and Pretrial Services requesting a hearing for the revocation of the defendant's pretrial release, docket #36. The defendant having waived a hearing on the petition, docket #37, it is ORDERED that the defendant's pretrial release is revoked, and that the defendant will be detained pending trial. The defendant is remanded to the custody of the U.S. Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 30th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE